PeaRSON, J.
 

 The defendant’s exceptions in respect to the Master’s estimate of the value and hire of the slave Nathan, are overruled. The exceptions are based on the ground that the Master ought to have adopted an average of the estimate made by ,tho witnesses on both sides. This position is not tenable. The general rule is, that the Master should form an independent opinion of his own, according to the weight of the testimony, and if one of the witnesses, from his intelligence and means of information in regard to the matter of en-quiry, is, in the opinion of the Master, more to be relied on than a half dozen of the other witnesses, it is proper that the Master’s opinion should adopt the estimate of this one most” reliable witness. If this rule in respect to “ the
 
 average
 
 of the
 
 estimate
 
 of witnesses,” should obtain, the decision of questions ef tikis kind would not depend upon the sound judgment of the Master, but upon the number of witnesses that it may be in the power of each party to^jroduce.
 
 Morrison
 
 v.
 
 Mc
 
 
 *241
 

 Leod,
 
 2 Ire. Eq. 108;
 
 Walling
 
 v. Burroughs, 1 Jones’ Eq. 21. This mode of arriving at a conclusion by an “ average of estimates” is put as an exception to the general rule above stated, and is tolerated only from necessity in certain cases.
 

 "We-concur with the Master, that if a negro boy, eighteen years of age, has such qualities and recommendations as will eommand a hire of $150 per annum, the value of the boy cannot be-Ifess than $1200; the opinion of a dozen witnesses to the contrary notwithstanding.
 

 It may be proper also to say, that the inclination of the Court is to concur with the Master in matters depending upon mere-estimates of value, and Ins opinion is taken
 
 prima fade
 
 to be- correct, unless error be shown.
 

 The-plain tiff’s exception in regard to the interest upon the annual hires is overruled. The Master evidently fixes the amount of hires, upon the ground that annual interest is not to be allowed, and we see no reason to disturb, the- result at ■which he has arrived.
 

 In respect to-the land mentioned in the pleadings, the cause is retained, with
 
 liberty
 
 to the plaintiff to bring..- am action of ejectment, in which he is to be the lessor, and the defendant is to admit that Steadman and Bynum have-re-conveyed to Richard Pilki'n-gton-, or to the plaintiff as- his heir; and that lie (the defendant) is in possession, so as to-put the question
 
 solely upon the title of Biehard Pillcingfon.
 

 Pee. CueiaM. Decree-accordingly.